# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2018 SEP -4 P 12: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

BEVERLY JACKSON

v.

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC HEALTH
RAUL PINO
ADRIENNE ANDERSON

Case No. 3:18cv1482(MPS)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. __BEVERLY JACKSON__ is a citizen of __CONNECTICUT__ who
   (Plaintiff)                                      (State)
   presently resides at __19 SILK ST, NORWALK, CT 06850__.
                          (mailing address)

2. Defendant __CT DEP. OF PUBLIC HEALTH__ is a citizen of __CONNECTICUT__
   (name of first defendant)                              (State)
   whose address is __55 ELM ST POX 120, HARTFORD, CT 06141__

3. Defendant __RAUL PINO, COMMISSIONER__ as a citizen of __CONNECTICUT__
   (name of second defendant)                              (State)

whose address is __55 ELM ST, PO BOX 120, HARTFORD, CT 06141__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

__28 USCA § 1331__

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

The Connecticut Medical Board issued me a cease and desist order that is violating my religious rights protected under the First Amendment of the United States Constitution.

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** That my Right To FREEDOM OF RELigion UNDER The FIRST Amendment of The UNITED STATES CONTITUTION have been VioLATED

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I Am UNAbLE To woRship God AccoRding To The dicTATES of my own heART bECAUSE The DEFENDANTS have ORdERed me To STop pRACTicing The spiRiTUAL TENETS of my RELigion in The MiNiSTRy of HEALing, ThAT JESUS ChRIST commanded mE To DO.

**Claim II:** _____

Supporting Facts:

The FREEdom of INFORMATION Commission Found ThAT DPH have No RECoRds conTAining—

(continued on page 4)

3

Any evidence that I, Beverly Jackson engaged in the unlicensed practice of medicine in violation of Connecticut General Statutes §20-9. Freedom of Information Commission, Final Decision, Docket #FIC 2017-0461, Sec. 3 and 9, July 16, 2018.)

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

An injunction to restrain the defendant from keeping from worshiping God, by performing good deeds in the ministry of healing.

### F. JURY DEMAND

Do you wish to have a jury trial? **Yes**   No

_M. Jackson_, PRO SE
Original signature of attorney (if any)

BEVERLY JACKSON
Printed Name
19 SILK ST
NORWALK, CT 06850

( )203-962-2995
Attorney's full address and telephone

NEdicine@gmail.com
Email address if available

_M. Jackson_
Plaintiff's Original Signature

Printed Name BEVERLY JACKSON
19 SILK ST
NORWALK, CT 06850

(203) 962-2995
Plaintiff's full address and telephone

NEdicine@gmail.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __NEW HAVEN__ on __09/04/2018__.
              (location)                          (date)

_M. Jackson_
Plaintiff's Original Signature

(Rev.3/29/16)

5

A. PARTIES

4. ADRIENNE ANDERSON A CITIZEN OF CONNECTICUT 55 ELM ST, PO BOX 120, HARTFORD, CT 06141