UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEVERLY JACKSON

      vs.

                                   CIVIL ACTION NO.: 3:18CV1482(MPS)

DEPT OF PUBLIC HEALTH
*State of Connecticut*
RAUL PINO
ADRIENNE ANDERSON

### **JUDGMENT**

      This action having come on for consideration of the defendants' motion to dismiss  before the

Honorable Michael P. Shea, United States District Judge, and

      The Court having considered the motion and the full record of the case including applicable

principles of law, and having filed its ruling on May 21, 2019 granting the motion;  it is hereby

      ORDERED, ADJUDGED and DECREED  that judgment is entered in favor of the defendants

dismissing the case.

      Dated at Hartford, Connecticut, May 22, 2019.


                             ROBIN D. TABORA, Clerk


                             By   /s/ Devorah Johnson
                             Devorah Johnson
                      Deputy Clerk

EOD 5/22/19