# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty.

_____

Beverly Jackson,

      Plaintiff-Appellant,

v.

Connecticut Department of Public Health,
Raul Pino, Adrienne Anderson,

      Defendants-Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 19-1848

    IT IS HEREBY ORDERED that costs are taxed in the amount of $73.50 in favor of the Appellees.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/20/2020